IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ANGELA WOOLLEY PLAINTIFF

v. Case No. 6:25-cv-06135

CITY OF MOUNTAIN PINE, ARKANSAS, *et al.* DEFENDANTS

**ORDER**

Before the Court is Defendants' Motion to Compel and Motion for Continuance of the Trial and Applicable Deadlines.[1] ECF No. 18. Defendant seeks to compel Plaintiff to supplement certain discovery requests—specifically, three requests for production. Plaintiff has not filed a response in opposition, and the time to do so has passed. *See* Local Rule 7.2(b). The Court finds the matter ripe for consideration.

On July 21, 2026, Defendants propounded their First Set of Interrogatories and Requests for Production of Documents to Plaintiff. ECF No. 18-1. Plaintiff responded on August 21, 2026. ECF No. 18-1. Plaintiff's responses indicated an intention to supplement Requests for Production Nos. 3, 4, and 5, encompassing videos, messages, photographs, bills, receipts, and other documents evidencing damages. ECF No. 18. On September 3, 2026, after not receiving any supplemental documents, undersigned counsel's paralegal, Traci Squires, sent Plaintiff an email asking the Plaintiff if she had an objection to filing a Motion to Extend the Dispositive Motion deadline of September 15, 2026. ECF No. 18-2. On September 4, 2026, Plaintiff responded to Ms. Squires' email inquiring about the reason for the extension. ECF No. 18-3. On September 8, 2026, Ms.

[1] The Court has already ruled on the Motion for Continuance. *See* ECF 19.

Squires responded, stating that undersigned counsel was preparing for a trial and still waiting for Plaintiff's discovery documents. *Id*. Plaintiff responded on September 9, 2026, stating that she was trying to send all of the documents from her cell phone, and it was taking a long time to load. *Id*. Defendants' have made numerous attempts to solicit Plaintiff's supplemental responses to Defendants' requests for production of documents, but to date, have not received the supplemental information requested. ECF No. 18.

For the reasons discussed above, the Court finds that Defendants' Motion to Compel Responses to Discovery Requests (ECF No. 18) should be and hereby is **GRANTED**. Plaintiff is directed to supplement its responses to Defendants' Requests for Production Nos. 3, 4, and 5 within fourteen (14) days of the date of the entry of this Order.

**IT IS SO ORDERED**, this 19th day of October, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge